DAYLE ELIESON
United States Attorney
District of Nevada
CHRISTOPHER BURTON
Nevada Bar No. 12940
Assistant United States Attorney
501 Las Vegas Blvd So., Ste. 1100
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6020

Attorney for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> KEYNAN ROSE, <br><br> Defendant. | Case No. 2:18-cr-206-JAD-CWH <br><br> **UNOPPOSED MOTION TO UNSEAL SEARCH WARRANT** |

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrant that were issued as part of the investigation in this case. The parties are seeking to unseal the warrant so that the Government may produce the search warrant and the accompanying documents in discovery, or may make the material available for review under the applicable statutes.

///

///

1

The search and seizure warrant the parties are seeking to unseal are:

| Case Number | Caption | Date Issued |
|---|---|---|
| 2:18-mj-203-GWF | In the Matter of the Search of: KEYNAN ROSE, date of birth 4/17/1981, presently located at Clark County Detention Center, Las Vegas, Nevada | February 9, 2018 |

Respectfully submitted,

For the United States:

DAYLE ELIESON
United States Attorney

//s//
_____
CHRISTOPHER BURTON
Assistant United States Attorney

For the Defense:

//s//
_____
MAGGIE LAMBROSE, ESQ.
Attorney for the Defendant

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

July 25, 2018
_____
Date