**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:18-cr-00206-JAD-DJA |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| KEYNAN ROSE, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, Esq., counsel for Defendant, KEYNAN ROSE, that the Sentencing currently scheduled for June 13, 2022 at 3:00 P.M. be vacated and continued to a date and time to be set by this Honorable Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. This is the second Sentencing continuance request.
2. The additional time requested herein is not sought for purposes of delay, but to address important issues concerning Mr. Rose before his sentencing.
3. Defendant is in custody and does not object to the continuance.
4. The parties agree to the continuance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing date would best serve the ends of justice in this case.

DATED this 9th day of June, 2022.

Respectfully submitted,

| HOFLAND & TOMSHECK | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joshua Tomsheck*<br>JOSHUA TOMSHECK, ESQ.<br>Counsel for Defendant<br>KEYNAN ROSE | */s/ Christopher Burton*<br>CHRISTOPHER BURTON, ESQ.<br>Assistant United States Attorney |

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KEYNAN ROSE,<br><br>Defendant. | Case No.: 2:18-cr-00206-JAD-DJA<br><br>Stipulation and Order to Continue Sentencing<br>(Second Request) |

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

This Stipulation is entered into for the following reasons:

1. This is the second Sentencing continuance request.

2. The additional time requested herein is not sought for purposes of delay, but to address important issues concerning Mr. Rose before his sentencing.

3. Defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above-stated reasons, the parties agree that a continuance of the Sentencing Date would best serve the ends of justice in this case.

/ / /

## ORDER

IT IS HEREBY ORDERED that the Sentencing date in the above-captioned matter currently scheduled for June 13, 2022 at 3:00 P.M. be vacated and continued to July 18, 2022, at 3:00 p.m.

DATED this 10th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

HOFLAND & TOMSHECK

*/s/ Joshua Tomsheck*
JOSHUA TOMSHECK, ESQ.
Counsel for Defendant
KEYNAN ROSE